**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **OLIVER LAQURON MATTHEWS,** | ) | Case No. CV 13-4878-AJW |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **ANN MILLER,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 14, 2013

_____
Andrew J. Wistrich
United States Magistrate Judge